## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: SOCIAL SECURITY CASES PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS | MISC. NO. 25-MBD-12846<br><br>CHIEF JUDGE DENISE J. CASPER |

### MOTION FOR A BLANKET STAY OF PENDING SOCIAL SECURITY CASES IN LIGHT OF UNITED STATES GOVERNMENT FUNDING CESSATION

The United States of America hereby moves for a blanket stay of all pending Social Security cases.

1.  At the end of the day on September 30, 2025, funding for the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration ("SSA"). It is not clear when funding will be restored by Congress.

2.  Absent an appropriation, Department of Justice attorneys and attorneys and employees of the Social Security Administration are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.  Undersigned counsel for the Department of Justice therefore requests a blanket stay of pending Social Security cases until Congress has restored appropriations to the Department.

4.  If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a blanket stay of pending Social Security cases until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

Date: October 1, 2025        */s/ Abraham R. George*
        Abraham R. George
        Assistant United States Attorney
        Chief, Civil Division
        U.S. Attorney's Office
        1 Courthouse Way
        Boston, MA 02210
        Telephone Number (617) 748-3152